# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SALAS, JR., | Case No. 1:16-cv-00951-SKO |
| Plaintiff, | **ORDER GRANTING THE PARTIES' REQUEST TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **(Doc. 14)** |
| Defendant. | |

Before the Court is the parties' Joint Stipulation and Proposed Order Extending Briefing Schedule (the "Request"), in which the parties request an extension for Plaintiff to file his opening brief. (Doc. 14.) For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS that Plaintiff may file his opening brief by no later than June 9, 2017. The Court further ORDERS that the remaining deadlines for the briefing in this matter, (*see* Doc. 5), are modified to accord with the extension provided in this Order.

IT IS SO ORDERED.

Dated: **May 9, 2017**        /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE