PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LOUIS SALAS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-00951-SKO <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME <br><br> (Doc. 17) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to August 9, 2017 to respond to Plaintiff's opening brief. This is Defendant's first request for an extension of time. Defendant respectfully requests this additional time due to workload. Defendant's counsel was recently assigned a case before the Equal Employment Opportunity Commission (EEOC) and has to serve and respond to discovery requests, and attend depositions over the next two months. Defendant's counsel also has an oral argument before the Ninth Circuit in July and several district court briefs due in July and August.

1

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: June 27, 2017    */s/ Melissa Newel by Chantal R. Jenkins\**
MELISSA NEWEL
*As authorized *via* email by Melissa Newel on June 27, 2017
Attorney for Plaintiff

Dated: June 27, 2017    PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

Pursuant to the parties' above-Stipulation for an Extension of Time (Doc. 17), IT IS HEREBY ORDERED that Defendant has until August 9, 2017, to submit her response to Plaintiff's opening brief. All other dates in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 28, 2017**             /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE